# UNITED STATES DISTRICT COURT

NORTHERN             DISTRICT OF     ILLINOIS, EASTERN DIVISION

UNITED STATES OF AMERICA

v.

LATIF JONES

**FILED**
JN 1-14-08
JAN 1 4 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**CRIMINAL COMPLAINT**

CASE NUMBER:

## 08 CR 0031

**MAGISTRATE JUDGE MASON**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about April 10, 2007, in Cook County, in the Northern District of Illinois defendant,

by force and violence, and by intimidation, did take from the person or presence of bank employees, approximately $9,500.00 in United States Currency belonging to, and in the care, custody, control, management, and possession of a bank, namely, North Community Bank, located at 4701 North Clark Street, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

in violation of Title  18 , United States Code, Sections   2113(a) and 2.

I further state that I am a Task Force Officer with the Chicago Police Department and that this complaint is based on the following facts:

**See attached affidavit**

Continued on the attached sheet and made a part hereof:     **X** Yes     ___ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

January 14, 2008 _____
Date

at     Chicago, Illinois_____
City and State

MAGISTRATE JUDGE MICHAEL T. MASON
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

STATE OF ILLINOIS     )
                           ) SS
COUNTY OF COOK     )

## **A F F I D A V I T**

I, Kevin Pietruszka, being duly sworn, depose and state as follows:

1.     I am a Detective with the Chicago Police Department assigned with the Federal Bureau of Investigation ("FBI"). I have been a Chicago Police officer for 14 years. I have been assigned to the FBI's Violent Crimes Task Force for approximately 10 months, conducting investigations of bank robberies, kidnaping, extortion and other violent crimes. I am an "Investigative or Law Enforcement Officer" of the United States within the meaning of Section 2510(7) of Title 18, United States Code, in that I am empowered by law to conduct investigations and to make arrests for felony offenses.

2.     This affidavit is based upon my own personal knowledge, my review of law enforcement reports and my discussions with other law enforcement agents, including agents with the FBI, and witnesses.

3.     This Affidavit is made in support of a complaint and arrest warrant for LATIF JONES, and is submitted for the limited purpose of establishing probable cause that JONES, on April 10, 2007, by force and violence, and by intimidation, did take from the person or presence of bank employees, approximately $9,500.00 in United States Currency belonging to, and in the care, custody, control, management, and possession of a bank, namely, North Community Bank, located at 4701 North Clark Street, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation. Because this affidavit is submitted for the limited purpose of establishing probable cause, it does not contain all the information that I know about JONES or the events described in the affidavit.

4.    On April 24, 2006, a North Community Bank branch located at 2000 North Halsted Street in Chicago, Illinois, was the victim of a takeover bank robbery by at least one unknown black male. The robber was carrying a silver handgun with black handgrips, wearing a nylon stocking over his face, white latex gloves on his hands, a white shirt and baseball cap. The robber left the bank with $81,000.00 in United States Currency after placing the money in a garbage bag. According to the victim teller, after exiting the bank, the robber entered a blue car resembling a Buick Skylark and left the vicinity of the bank. The robbery was captured by the bank's surveillance camera.

5.    On June 28, 2006, a Chicago Police Officer patrolling the area near 2000 North Halsted Street initiated a traffic stop on a blue Buick Lasabre (which resembles a Buick Skylark). The Chicago police officer believed that the vehicle matched the description provided by witnesses of the vehicle used in the North Community Bank robbery on April 24, 2006. The occupants of the car, two black males, produced their driver's licenses. The police officer discovered that the license plate number of the blue Buick Lasabre, IL #9980439, was registered to a different car and in a different name than that of the two occupants. Shortly after the police officer made this discovery, the two occupants fled from the officer and their own vehicle. The police officer gave chase, but was unable to catch up to the two black males. After eluding the police officer, the two black males returned to their car (the blue Buick Lasabre) and drove the car to the vicinity of 2446 North Halsted Street, where they abandoned the car. Chicago police officers recovered the car shortly thereafter. The driver's licenses provided by the two black males, which the police officer had retained, belonged to two brothers, Latif Jones (DOB 3-12-1981) and Individual A.

6.    Chicago police officers searched the blue Buick Lasabre and found two latex gloves, one nylon stocking cap, another license plate numbered 9980439, one black billfold, and one roll

2

of grey duct tape.  Certain of the items recovered were similar in nature to the items used in the

April 24, 2006 robbery of the North Community Bank located at 2000 North Halsted Street.  Police

officers also discovered that the license plate bearing IL # 9980439 had been duct taped to the rear

of the car.  Officers removed the license plate that was duct taped to the car, and discovered another

Illinois license plate, this one bearing number 9826701.  Chicago police officers ran Illinois license

plate number 9826701, which was registered to Latif Jones at 5222 South Loomis Street in Chicago,

Illinois.

7.      Approximately 10 months later, on April 10, 2007, a North Community Bank branch

located at 4701 North Clark Street in Chicago, Illinois was robbed by an unknown black male

carrying a silver handgun with black handgrips and wearing a nylon stocking over his face, white

latex gloves, black baseball cap, and black jacket with white stripes.  The robber left the bank with

$9,500.00 in United States Currency.  According to a witness, after leaving the bank, the robber

entered the passenger side of a tan four-door vehicle with Illinois license plate number 8484827 and

drove approximately two blocks east of the bank, exited the tan car, and proceeded to enter the

passenger side of a blue four-door vehicle.  The tan four-door vehicle and the blue four-door vehicle

then drove away in separate directions.

8.      On April 13, 2007, members of the Chicago Police Department went to 5222 South

Loomis Street, First Floor apartment, in Chicago, Illinois, in an attempt to verify the residency of

Individual A, who was on probation at that time.  When law enforcement officers knocked on the

door of 5222 South Loomis Street, First Floor apartment, Individual B answered the door.

Individual B identified herself as the mother of Individual A and Latif Jones.  Individual B invited

law enforcement officers into her apartment.  Individual B placed a telephone call to Individual A

to notify him that police officers were trying to verify his residency.  Individual A spoke directly

with one of the Chicago police officers, and informed the police officer that he would return to the apartment at 12:00 pm and provide proof of his residency at 5222 South Loomis Street, First floor apartment.

9.      At 12:30 pm, Individual A still had not arrived at 5222 South Loomis Street. Police officers asked Individual B if she could provide proof of Individual A' residency. Individual B took law enforcement officers to the bedroom in the apartment where she informed officers that Individual A and Latif Jones stayed. Individual B informed officers that Latif Jones had stayed in the bedroom the prior night. While Individual B was looking for proof of residency in the bedroom, law enforcement officers observed in plain view latex gloves, a silver handgun with black handgrips, ammunition, a gun cleaning kit, and an Illinois license plate bearing number 8484827. The ammunition, gun cleaning kit, and latex gloves were located in a shoe box on a shelving unit in the bedroom that Individual B searched while looking for proof of residency for Individual A. The Illinois license plate bearing number 8484827 was located underneath the bed, and the handgun was located between the box spring and the mattress on the bed. The handgun and Illinois license plate bearing number 8484827 were revealed when Individual B lifted up the sheet on the bed during her search for proof of residency for Individual A.

10.     After observing the handgun, license plate, ammunition, latex gloves, and gun cleaning kit, officers asked Individual B for consent to search the bedroom. Individual B refused to consent to the search.

11.     Officers secured the residence while other law enforcement officers obtained a federal search warrant for 5222 South Loomis Avenue, First Floor Apartment. During the ensuing search, officers also found a black baseball cap that matched the one worn by the robber on April

4

10, 2007. The hat was black in color and contained the word Chicago in a distinctive white script lettering on the side, and was found on the back enclosed porch.

12.    The Chicago Police Department forensic laboratory examined the Illinois license plate bearing number 8484827 recovered from 5222 South Loomis Avenue, First Floor Apartment, for the presence of fingerprints. One fingerprint suitable for comparison was found on the duct tape attached to the back of the license plate. The fingerprint was compared to and was found to match the known fingerprints of Latif Jones.

13.    Based upon the foregoing information, there is probable cause to believe that on April 10, 2007, LATIF JONES by force and violence, and by intimidation, did take from the person or presence of bank employees, approximately $9,500.00 in United States Currency belonging to, and in the care, custody, control, management, and possession of a bank, namely, North Community Bank, located at 4701 North Clark Street, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of 18 U.S.C. §§ 2113(a) and 2.

FURTHER AFFIANT SAYETH NOT.

Kevin Pietruszka
Task Force Officer
Chicago Police Department

SUBSCRIBED and SWORN to before me
this 14th day of January, 2008.

Michael T. Mason
United States Magistrate Judge
Northern District Illinois

6