IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 08CR 0031 |
| ) | |
| v. ) | |
| ) | Magistrate Judge Michael T. Mason |
| LATIF JONES, ) | |
| ) | |

**ORDER**

Upon the government's motion to seal the Criminal Complaint, Affidavit, Motion to Seal and this Order, it is hereby FOUND AND DETERMINED THAT:

    A.    Disclosure of the materials sought to be sealed could reveal details of the government's investigation.

    B.    Disclosure of the materials sought to be sealed could hamper the government's investigation and prosecution.

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

    1.    The government's motion is granted.

    2.    The Criminal Complaint, Affidavit, Motion to Seal and this Order shall be sealed for a period of 60 days, through and including March 14, 2008, or until the defendant's arrest or further order of the court, whichever occurs earlier.

    3.    The agents are able to enter the existence of the warrant into the NCIC or equivalent law enforcement system.

_____
United States Magistrate Judge

DATED: January 14, 2008