Order Form (01/2005)

# United States District Court, Northern District of Illinois

*MHN*

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 31 | **DATE** | 1/16/2008 |
| **CASE TITLE** | United States vs. Latif Jones | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held on 1/16/08. Government's oral motion to unseal this case is granted. Defendant appears in response to arrest on 1/16/08. Defendant informed of his rights. Joshua Kutnick is given leave to file his appearance on behalf of defendant. Government seeks detention. Detention hearing and preliminary examination hearing set for 1/22/08 at 1:30 p.m. Defendant to remain in custody until further order of the Court.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | KF |
|---|---|---|