# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James F. Holderman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 31 | **DATE** | 2/11/2008 |
| **CASE TITLE** | USA vs. Latif Jones | | |

**DOCKET ENTRY TEXT**

Government's unopposed motion for extension of time in which to return indictment or information is granted. ENTER ORDER: It is hereby ordered that the time within which to file an indictment or information against the above-captioned defendant be extended to and including march 14, 2008.
X-T

■ [ For further detail see separate order(s).]      Docketing to mail notices.

| | Courtroom Deputy Initials: | AMM |
|---|---|---|

Case 1:08-cr-00031    Document 9    Filed 02/11/2008    Page 1 of 1

08CR31 USA vs. Latif Jones     Page 1 of 1