UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR 31 |
| | ) | |
| v. | ) | Chief Judge James F. Holderman |
| | ) | |
| LATIF JONES | ) | |

## **O R D E R**

Upon the government's motion under Title 18, United States Code, Section 3161(h)(8)(A) & (B) for an extension of time to file an indictment or information in the above-captioned matter,

IT IS HEREBY ORDERED that the time within which to file an indictment or information against the above-captioned defendant be extended to and including March 14, 2008. The Court finds that the ends of justice served by this extension outweigh the best interests of the defendant and the public in a speedy trial for the following reasons:

It is unreasonable to expect the original return and filing of the indictment or information on or before February 15, 2008, in light of the additional time needed by the government to collect and analyze evidence that is important to this case.

IT IS FURTHER ORDERED that the government's motion is sealed for ninety days from the date of this order, or until otherwise ordered by the court.

ENTERED:

*James F. Holderman*
HONORABLE JAMES F. HOLDERMAN
Chief Judge

Dated:   February 11, 2008