UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JUDGE CASTILLO**

UNITED STATES OF AMERICA )    No. 08 CR 31
)
v. )    Violations: Title 18, United States Code,
)    Sections 2113(a), 924(c)(1)(A) and 2.
LATIF JONES )

**MAGISTRATE JUDGE MASON**

**FILED**
J.N  MAR 1 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### COUNT ONE

The SPECIAL MARCH 2007 GRAND JURY charges:

On or about April 10, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

LATIF JONES,

defendant herein, by force and violence, and by intimidation, took from the person and presence of bank employees approximately $9,500.00 in United States currency belonging to, and in the care, custody, control, management, and possession of a bank, namely, North Community Bank, located at 4701 North Clark Street, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Sections 2113(a) and 2.

## COUNT TWO

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about April 10, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

LATIF JONES,

defendant herein, knowingly possessed a firearm in furtherance of, and used and carried that firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely bank robbery, in violation of Title 18, United States Code, Section 2113(a), as more fully set forth in Count One of this indictment;

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

## **COUNT THREE**

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about April 24, 2006, at Chicago, in the Northern District of Illinois, Eastern Division,

LATIF JONES,

defendant herein, by force and violence, and by intimidation, took from the person and presence of bank employees approximately $81,000.00 in United States currency belonging to, and in the care, custody, control, management, and possession of a bank, namely, North Community Bank, located at 2000 North Halsted Street, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Sections 2113(a) and 2.

## COUNT FOUR

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about April 24, 2006, at Chicago, in the Northern District of Illinois, Eastern Division,

LATIF JONES,

defendant herein, knowingly possessed a firearm in furtherance of, and used and carried that firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely bank robbery, in violation of Title 18, United States Code, Section 2113(a), as more fully set forth in Count Three of this indictment;

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY