UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Latif Jones

Defendant.

Case No.: 1:08−cr−00031
Honorable Ruben Castillo

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 2, 2008:

    MINUTE entry before Judge Honorable Ruben Castillo as to defendant Latif Jones : Status hearing reset to 4/23/2008 at 9:30 AM. Status hearing set for 4/16/2008 is vacated. Defendant's motion for pretrial release [17] is referred to Magistrate Judge Mason. Motion hearing set for 4/8/2008 is vacated. From today's date until 4/8/2008 is excluded pursuant to 18 U.S.C. 3161(h)(8)(A)(B). Mailed notice (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.