## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | Michael T. Mason |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 31 | **DATE** | 4/8/2008 |
| **CASE TITLE** | United States vs. Latif Jones | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 4/8/08. Defendant's motion for pretrial release is denied. Defendant to remain in custody pending trial or until further order of the Court. Order of Detention to follow.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | KF |
|---|---|---|