UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 08 CR 31 |
| v. | ) | |
| | ) | Magistrate Judge Michael T. Mason |
| LATIF JONES | ) | |

**DETENTION ORDER**

Defendant LATIF JONES appeared before this Court on April 8, 2008, for a detention hearing. After hearing proffered evidence and argument of counsel, the Court finds by clear and convincing evidence (*see* 18 U.S.C. § 3142(f)) that no condition or combination of conditions will reasonably assure the appearance of the Defendant in court or the safety of the community. In support of this conclusion, the Court makes the following written findings (*see* 18 U.S.C. §3142(i)):

1.      Based on those factors set forth in the pretrial services report and articulated by the government during the detention hearing, the Court concludes that no condition or combination of conditions will reasonably assure the defendant's appearance in court or the safety of the community. Specifically, the Court finds that detention is appropriate because: (1) a federal grand jury has returned a four-count indictment charging the defendant with two counts of bank robbery and two counts of possessing a firearm in furtherance of and using a firearm in relation to a crime of violence; (2) probable cause therefore exists to believe that the defendant committed an offense under 18 U.S.C. § 924(c), and as a result, pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that no condition or combination of conditions will reasonably assure the presence of the defendant in court or the safety of the community; (3) the defendant has been charged with four serious crimes involving violence which, if proven beyond a reasonable doubt, carry a mandatory consecutive term of imprisonment of 25 years, and a maximum term of imprisonment of life; (4) the

defendant has two prior convictions for crimes that involved the use of unlawful force or violence; and (5) the defendant has minimal employment, financial, or property ties to this district. Therefore, the Court concludes that the defendant shall be detained.

IT IS HEREBY ORDERED THAT:

1.    Defendant is committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2.    Defendant is to be afforded reasonable opportunity for private consultation with counsel; and

3.    On order of a court of the United States or on request of an attorney for the Government, the defendant shall be delivered to a United States marshal for purposes of an appearance in connection with a court proceeding.

Michael T. Mason
Magistrate Judge

Date:    April 14, 2008