IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| v. | ) | No. 08 CR 31 |
| | ) | Judge Ruben Castillo |
| LATIF JONES, | ) | |
|     Defendant. | ) | |

### MOTION TO WITHDRAW AS COUNSEL OF RECORD

**NOW COMES** attorney of record**, JOSHUA B. KUTNICK**, on behalf of Defendant **LATIF JONES**, and respectfully moves this Honorable Court to enter an Order allowing him to withdraw as counsel of record and in support of this motion, movant states as follows:

1. Counsel and Defendant have fundamental and irreconcilable differences on the manner in which this case should proceed.

2. Counsel and Defendant mutually agree that Counsel should withdraw and that other counsel should be appointed.

**WHEREFORE**, Movant respectfully prays this Honorable Court enter an Order allowing him to withdraw as counsel of record and for any such other relief as this Court deems just.

Respectfully submitted,

s/Joshua B. Kutnick
Joshua B. Kutnick   Attorney at Law

**JOSHUA B. KUTNICK**
**820 WEST JACKSON BLVD., SUITE 300**
**CHICAGO, IL 60607**
**312-441-0211**