**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08 CR 31 |
| | ) | Judge Ruben Castillo |
| LATIF JONES, | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:   AUSA Ben Langner

219 S. Dearborn Street, 5th Floor

Chicago, IL 60604

**YOU ARE HEREBY NOTIFIED**, that I shall appear in the United States District Court

for the Northern District of Illinois, located at 219 S. Dearborn Street, Chicago, Illinois, before

the following judge or other judge sitting in his stead, at the place and time below specified, and

ask for a hearing on the attached motion.

| JUDGE | RM./BR. | DATE | TIME |
|---|---|---|---|
| Castillo | 2141 | 06/25/2008 | 9:45a.m. |

s/Joshua B. Kutnick

Joshua B. Kutnick

**CERTIFICATE OF SERVICE**

   Joshua B. Kutnick, n attorney, hereby certifies that he electronically filed the Defendant's Motion, and above Notice with the Clerk of the United States District Court for the Northern District of Illinois in accordance with that Court's rules and that a copy was served electronically on the person to whom the Notice is addressed.

Respectfully submitted,

s/Joshua B. Kutnick

Joshua B. Kutnick , Attorney at Law