## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 31 - 1 | **DATE** | 7/1/2008 |
| **CASE TITLE** | USA vs. Latif Jones | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 7/1/2008. Joshua B. Kutnick's motion to withdraw as attorney [26] is granted. Sergio Rodriguez is appointed to represent the defendant. Status hearing reset to 7/17/2008 at 9:45 a.m. From today's date until 7/17/2008 is excluded pursuant to 18 U.S.C. 3161(h)(2) and 18 U.S.C. 3161(h)(8)(A)(B). (X-I and X-T).

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | RO |
|---|---|---|