IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 31 |
| v. | ) | |
| | ) | Judge Ruben Castillo |
| LATIF JONES | ) | |

AGREED MOTION TO WITHDRAW

The Federal Defender Program and its attorney SERGIO F. RODRIGUEZ, respectfully requests that Mr. Rodriguez and the Federal Defender Program be allowed to withdraw as LATIF JONES' appointed counsel, and that substitute counsel from the Federal Defender Panel be appointed instead to represent Mr. Jones.  In support, the following is submitted:

1. July 1, 2008, this Court appointed Sergio F. Rodriguez of the Federal Defender Program to represent defendant after granting his previously retained counsel's motion to withdraw. A status hearing is presently scheduled for August 21, 2008 and routine pre-trial motions are also due on that date.  (Docket Sheet attached as Exhibit 1.)

2. Counsel received the discovery in the case and has gone to visit Mr. Jones who is presently incarcerated in Kankakee County Jail, to preliminarily discuss the discovery.  In going through the discovery, and discussing the case with fellow attorneys in the office, it was learned that another attorney from the Federal Defender Program staff was previously contacted and has been representing a possible witness in this case for some months now.

3. Because of this, there is an apparent irreconcilable conflict-of-interest which necessitates the instant request.

4. An attorney from the Federal Defender Panel of attorneys, Mr. Stan Willis has been contacted by the office about possibly substituting as appointed counsel.  Present counsel has communicated with and has apprised Mr. Willis of the nature of the case and the nature of the present conflict.  Mr. Willis is prepared to enter into the case if this Court allows present counsel to withdraw and chooses to appoint Mr. Willis instead.

5.  The government, through Assistant United States Attorney Benjamin Langer, was informed of the circumstances of this motion and agrees there is a conflict and does not object to the granting of this motion.

WHEREFORE, for the above-noted reasons, the parties respectfully requests that this Honorable Court grant his motion and allow his present appointed attorney to withdraw from his case, and that substitute counsel, Stan Willis, be appointed.

                                                      Respectfully submitted,

                                                      FEDERAL DEFENDER PROGRAM
                                                      Terence F. MacCarthy
                                                      Executive Director


                                                      By: s/Sergio F. Rodriguez
                                                         Sergio F. Rodriguez


SERGIO F. RODRIGUEZ
FEDERAL DEFENDER PROGRAM
55 E. MONROE Street, Suite 2800
Chicago, Illinois  60603
(312) 621-8300

**CERTIFICATE OF SERVICE**

The undersigned, Sergio F. Rodriguez  , an attorney with the Federal Defender Program hereby certifies that in accordance with FED.R.CRIM. P. 49, FED. R. CIV. P5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document(s):

AGREED MOTION TO WITHDRAW

was served pursuant to the district court's ECF system as to ECF filings, if any, and were sent by first-class mail/hand delivery on **June 31**, 2008, to counsel/parties that are non-ECF filers:

By:   s/Sergio F. Rodriguez
SERGIO F. RODRIGUEZ
FEDERAL DEFENDER PROGRAM
55 E. Monroe St., Suite 2800
Chicago, Illinois 60603
(312) 621-8353

# EXHIBIT 1

# Docket Sheet – 08 CR 31

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.2.1 (Chicago)
## CRIMINAL DOCKET FOR CASE #: 1:08-cr-00031-1

1.
Case title: USA v. Jones

Date Filed: 03/12/2008

Assigned to: Honorable Ruben Castillo
Referred to: Honorable Michael T. Mason

**Defendant (1)**

**Latif Jones**                represented by **Joshua Bateman Kutnick**
Joshua B. Kutnick
Attorney at Law
820 West Jackson Boulevard
300
Chicago, IL 60607
(312)441-0211
Email: jkutnick@gmail.com
*TERMINATED: 07/01/2008*
*LEAD ATTORNEY*
*Designation: Retained*

**Sergio Fidel Rodriguez**
Federal Defender Program
55 East Monroe Street
Suite 2800
Chicago, IL 60603
(312) 621-8300
Email: sergio_rodriguez@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

BANK ROBBERY BY FORCE OR VIOLENCE; 18:2 AIDING & ABETTING
(1)
VIOLENT CRIME/DRUGS/MACHINE GUN; 18:2 AIDING & ABETTING
(2)
BANK ROBBERY BY FORCE OR VIOLENCE; 18:2 AIDING & ABETTING
(3)
VIOLENT

**Disposition**

CRIME/DRUGS/MACHINE GUN;
18:2 AIDING & ABETTING
(4)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                               **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                      **Disposition**

18:2113A.F--Bank Robbery by Force
or Violence; 18:2 Aiding & Abetting

---

**Plaintiff**

**USA**                               represented by   **Benjamin F Langner**
                                                      United States Attorney's Office
                                                      (NDIL)
                                                      219 South Dearborn Street
                                                      Suite 500
                                                      Chicago, IL 60604
                                                      (312) 353-2817
                                                      Email: benjamin.langner@usdoj.gov
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **AUSA**
                                                      United States Attorney's Office
                                                      (NDIL)
                                                      219 South Dearborn Street
                                                      Suite 500
                                                      Chicago, IL 60604
                                                      (312) 353-5300
                                                      Email:
                                                      USAILN.ECFAUSA@usdoj.gov
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Pretrial Services**

                                                      .
                                                      435-5545
                                                      Email:
                                                      ilnptdb_Court_Action_Notice@ilnpt.u
                                                      scourts.gov
                                                      *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/14/2008 | 1 | COMPLAINT signed by Judge Michael T. Mason as to Latif Jones (1) (meg, ) (Entered: 01/22/2008) |
| 01/14/2008 | 2 | EX PARTE MOTION by USA to seal complaint and affidavit as to Latif Jones (meg, ) (Entered: 01/22/2008) |
| 01/14/2008 | 3 | MINUTE entry before Judge Michael T. Mason as to Latif Jones:Arrest warrant issued as to Latif Jones. Government's ex parte motion to seal complaint and affidavit through and including 3/14/08 or until the defendant's arrrest, whichever occurs earlier 2 is granted. Enter Order. (meg, ) Modified on 1/22/2008 (meg, ). (Entered: 01/22/2008) |
| 01/14/2008 | 4 | ORDER as to Latif Jones Signed by Judge Michael T. Mason on 1/14/08.Mailed notice (meg, ) (Entered: 01/22/2008) |
| 01/16/2008 |  | ARREST of defendant Latif Jones (meg, ) (Entered: 01/22/2008) |
| 01/16/2008 |  | ORAL MOTION by USA to unseal this case as to Latif Jones (meg, ) (Entered: 01/22/2008) |
| 01/16/2008 | 5 | MINUTE entry before Judge Michael T. Mason as to Latif Jones:Initial appearance proceedings held on 1/16/08. Government's oral motion to unseal this case is granted. Defendant appears in response to arrest on 1/16/08. Defendant informed of his rights. Joshua Kutnick is given leave to file his appearance on behalf of defendant. Government seek detention. Detention hearing and preliminary examination hearing set for 1/22/2008 at 1:30 p.m. Defendant to remain in custody until further order of the Court.Mailed notice (meg, ) (Entered: 01/22/2008) |
| 01/16/2008 | 6 | ATTORNEY Appearance for defendant Latif Jones by Joshua Bateman Kutnick (meg, ) (Entered: 01/22/2008) |
| 01/22/2008 |  | ORAL MOTION by USA for detention as to Latif Jones (meg, ) (Entered: 01/23/2008) |
| 01/22/2008 | 7 | MINUTE entry before Judge Michael T. Mason as to Latif Jones:Case called for detention hearing and preliminary examination hearing on 1/22/08. Government's oral motion for detention is granted; defendant having waived the detention hearing without prejudice to defendant's right to move at a later time for release on conditions. Defendant will remain in custody pending trial or until further order of the Court. Defendant waives his right to preliminary examination. Enter a finding of probable cause; Order defendant bound to the District Court for further proceedings. Mailed notice (meg, ) (Entered: 01/24/2008) |
| 02/11/2008 | 8 | UNOPPOSED MOTION by USA for extension of time to return indctiment or file an information as to Latif Jones (RESTRICTED) (meg, ) (Entered: 02/14/2008) |
| 02/11/2008 | 9 | MINUTE entry before Judge James F. Holderman as to Latif Jones:Government's unopposed motion for extension of time in which to return indictment or information is granted. ENTER ORDER: It is hereby ordered that the time within which to file an indictment or information against the above-captioned defendant be extended to and including March 14, 2008. Mailed notice (meg, ) (Entered: 02/14/2008) |
| 02/11/2008 | 10 | ORDER as to Latif Jones Signed by Judge James F. Holderman on 2/11/08.Mailed notice (meg, ) (Entered: 02/14/2008) |
| 03/12/2008 | 11 | INDICTMENT as to Latif Jones (1) count(s) 1, 2, 3, 4 (meg, ) (Entered: 03/13/2008) |

| | | |
|---|---|---|
| 03/12/2008 | [12](#) | DESIGNATION Sheet: FELONY (Category II). (meg, ) (Entered: 03/13/2008) |
| 03/12/2008 | [13](#) | MINUTE entry before Judge Martin C. Ashman as to Latif Jones: No bond set; detained by magistrate. (meg, ) (Entered: 03/13/2008) |
| 03/13/2008 | [14](#) | NOTICE of Arraignment as to Latif Jones before Honorable Ruben Castillo on Wednesday, 3/19/2008 at 10:00 a.m. (meg, ) (Entered: 03/13/2008) |
| 03/14/2008 | [15](#) | MINUTE entry before Judge Ruben Castillo as to defendant Latif Jones : The arraignment hearing set for 3/19/2008 will begin at 9:30 AM. Mailed notice (rao, ) (Entered: 03/14/2008) |
| 03/19/2008 | [16](#) | MINUTE entry before Judge Honorable Ruben Castillo as to Latif Jones:Arraignment and plea hearing held on 3/19/2008. Defendant appeared, waived formal reading of the indictment, and entered a plea of not guilty to all counts of the indictment. Rule 16.1 conference to be held on or before 3/26/2008. Any pretrial motions to be filed on or before 4/9/2008. Status hearing set for4/16/2008 at 9:30 a.m. From today's date until 4/16/2008 is excluded pursuant to 18 U.S.C. 3161(h)(1)(F) and 18 U.S.C. 3161(h)(8)(A)(B). Mailed notice (meg, ) (Entered: 03/20/2008) |
| 03/31/2008 | [17](#) | MOTION by Latif Jones for release from custody (Kutnick, Joshua) (Entered: 03/31/2008) |
| 03/31/2008 | [18](#) | NOTICE of Motion by Joshua Bateman Kutnick for presentment of motion for release from custody [17](#) before Honorable Ruben Castillo on 4/8/2008 at 09:45 AM. (Kutnick, Joshua) (Entered: 03/31/2008) |
| 04/02/2008 | [19](#) | MINUTE entry before Judge Honorable Ruben Castillo as to defendant Latif Jones : Status hearing reset to 4/23/2008 at 9:30 AM. Status hearing set for 4/16/2008 is vacated. Defendant's motion for pretrial release [17](#) is referred to Magistrate Judge Mason. Motion hearing set for 4/8/2008 is vacated. From today's date until 4/8/2008 is excluded pursuant to 18 U.S.C. 3161(h)(8)(A)(B). Mailed notice (rao, ) (Entered: 04/02/2008) |
| 04/02/2008 | [21](#) | EXECUTIVE COMMITTEE ORDER: Case as to Latif Jones referred to Magistrate Judge Michael T. Mason. Pursuant to Local Rule 72.1 for bail/detention hearing and defendant's motion for pretrial release [17](#) . (For Further Details See Order).(meg, ) (Entered: 04/07/2008) |
| 04/03/2008 | [20](#) | MINUTE entry before Judge Honorable Michael T. Mason: Hearing on defendant's motion for pretrial release [17](#) set for 4/8/2008 at 01:30 PM in courtroom 2214. (kef, ) (Entered: 04/03/2008) |
| 04/08/2008 | [22](#) | MINUTE entry before Judge Honorable Michael T. Mason as to Latif Jones:Motion hearing held on 4/8/08. Defendants motion for pretrial release is denied. Defendant to remain in custody pending trial or until further order of the Court. Order of Detention to follow. Mailed notice (meg, ) (Entered: 04/09/2008) |
| 04/14/2008 | [23](#) | DETENTION ORDER as to Latif Jones Signed by Judge Michael T. Mason on 4/14/08.Mailed notice (meg, ) (Entered: 04/14/2008) |
| 04/23/2008 | [24](#) | MINUTE entry before Judge Honorable Ruben Castillo as to defendant Latif Jones :Status hearing held on 4/23/2008 and continued to 5/28/2008 at 9:30 AM. From today's date until 5/28/2008 is excluded pursuant to 18 U.S.C. 3161(h)(2) and 18 U.S.C. 3161(h)(8)(A)(B). Mailed notice (rao, ) (Entered: 04/23/2008) |
| 05/28/2008 | [25](#) | MINUTE entry before the Honorable Ruben Castillo: as to defendant Latif Jones:Status hearing held on 5/28/2008 and continued to 7/1/2008 at 9:45 AM. From today's date until 7/1/2008 is excluded pursuant to 18 U.S.C. 3161(h)(2) and 18 U.S.C. 3161(h)(8)(A)(B). Mailed notice (rao, ) (Entered: 05/29/2008) |

| | | |
|---|---|---|
| 06/13/2008 | [26](#) | MOTION to withdraw as attorney as to Latif Jones Joshua B Kutnick (Kutnick, Joshua) (Entered: 06/13/2008) |
| 06/13/2008 | [27](#) | NOTICE of Motion by Joshua Bateman Kutnick for presentment of motion to withdraw as attorney **26** before Honorable Ruben Castillo on 6/25/2008 at 09:45 AM. (Kutnick, Joshua) (Entered: 06/13/2008) |
| 06/18/2008 | [28](#) | MINUTE entry before the Honorable Ruben Castillo:Joshua B. Kutnick's motion to withdraw as attorney **26** is entered and continued to 7/1/2008 at 9:45 AM. Motion hearing set for 6/25/2008 is vacated. Mailed notice (rao, ) (Entered: 06/18/2008) |
| 07/01/2008 | [29](#) | MINUTE entry before the Honorable Ruben Castillo as to Latif Jones:Motion hearing held on 7/1/2008. Joshua B. Kutnick's motion to withdraw as attorney **26** is granted. Sergio Rodriguez is appointed to represent the defendant. Status hearing reset to 7/17/2008 at 9:45 a.m.From todays date until 7/17/2008 is excluded pursuant to 18 U.S.C. 3161(h)(2) and 18 U.S.C. 3161(h)(8)(A)(B). Mailed notice (meg, ) (Entered: 07/02/2008) |
| 07/17/2008 | [30](#) | MINUTE entry before the Honorable Ruben Castillo as to defendant Latif Jones :Status hearing held on 7/17/2008 and continued to 8/21/2008 at 9:45 AM. Any pretrial motions to be filed on or before 8/21/2008. From today's date until 8/21/2008 is excluded pursuant to 18 U.S.C. 3161(h)(1)(F) and 18 U.S.C. 3161(h)(8)(A)(B). Mailed notice (rao, ) (Entered: 07/17/2008) |