IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 31 |
| v. | ) | |
| | ) | Judge Ruben Castillo |
| LATIF JONES | ) | |

NOTICE OF MOTION

TO:   Benjamin Langer
      Assistant United States Attorney
      219 S. Dearborn St., 5th Floor
      Chicago, Illinois 60604

   PLEASE TAKE NOTICE that on Wednesday, August 6, 2008 at 9:45a.m., in Courtroom 2141, we shall appear before the Honorable Ruben Castillo, in the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and shall present the attached motion.


–   AGREED MOTION TO WITHDRAW

                            Respectfully submitted,

                            FEDERAL DEFENDER PROGRAM
                            Terrence F. MacCarthy
                            Executive Director


                            By: s/Sergio F. Rodriguez
                                Sergio F. Rodriguez
                                Attorney for Defendant



SERGIO F. RODRIGUEZ
FEDERAL DEFENDER PROGRAM
55 E. MONROE ST. SUITE 2800
CHICAGO, ILLINOIS 60603
(312) 621-8349