# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 31 - 1 | **DATE** | 8/6/2008 |
| **CASE TITLE** | USA vs. Latif Jones | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 8/6/2008. Sergio F. Rodriguez's agreed motion to withdraw as counsel on behalf of defendant is granted. Standish E. Willis is appointed to represent the defendant. Status hearing set for 8/21/2008 is vacated. Status hearing reset to 9/9/2008 at 9:45 a.m. From today's date until 9/9/2008 is excluded pursuant to 18 U.S.C. 3161(h)(8)(A)(B). (X-T).

Docketing to mail notices.

00:05

FILED
2008 AUG -6 PM 4:34
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | RO |
|---|---|---|